# IN THE UNITED STATES BANKRUPTCY COURT FOR SOUTHERN DISTRICT OF MISSISSIPPI

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor(s) Name: | JERRY BRUCE BARNES and EDNA GERTRUDE BARNES |
| Case Number: | 24-51373 |
| Court Claim Number: | 19 |
| Date Claim Filed: | 12/12/2024 |
| Creditor Name and Address: | Quantum3 Group LLC as agent for Mercury Financial/First Bank & Trust PO Box 788 Kirkland, WA 98083-0788 |
| Total Amount of Claim Filed: | 1,181.90 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed by: /s/ Taylor Johnson              Dated: 09/15/2025
Authorized agent for Creditor
Print Name: Taylor Johnson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing withdrawal of claim document was served via the Bankruptcy Court's electronic filing and notice system or when applicable, by first class mail, postage prepaid, on or about the time the withdrawal of claim was filed, to all parties below in the above captioned bankruptcy case.

Trustee:
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011
601-584-9451 (fax)
ecfnotices@rawlings13.net

Debtor/Attorney for Debtor:
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

By: /s/ Taylor Johnson
Taylor Johnson
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100