**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

JERRY BRUCE BARNES

EDNA GERTRUDE BARNES

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 21

**Case Number:** 24-51373

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Mission Lane LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only    ☑ Payment only    ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Mission Lane LLC by AIS Infosource, LP as agent

PO Box 4457

Houston, TX 77210

TO:

Mission Lane LLC by AIS Infosource, LP as agent

PO Box 661380

Dallas,TX 75266-1380

Date:  08/12/2026

/s/ Samir Vaghela

Creditor's Authorized Agent for Mission Lane LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

                            **Chapter:** 13

  JERRY BRUCE BARNES
  EDNA GERTRUDE BARNES              **Case Number:** 24-51373
**Debtor(s)**

**Certificate of Service**

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:


  Via CM / ECF / NEF


Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
DAVID RAWLINGS
ECFNOTICES@RAWLINGS13.NET


                               /s/ Samir Vaghela
                          —————————————————

                               Samir Vaghela
                               AIS InfoSource, LP
                               4515 N Santa Fe Ave.
                               Oklahoma City, OK 73118
                               877-893-8820
                               POC_AIS@aisinfo.com